UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. PULASKEY, | Case No. 20-12658 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | Elizabeth A. Stafford United States Magistrate Judge |
| Defendants. _____/ | |

## OPINION AND ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (ECF No. 4)

This matter is before the court on an application to proceed *in forma pauperis* filed by Plaintiff, Michael J. Pulaskey. (ECF No. 2). This court referred the case to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation on September 30, 2020, recommending that the court deny the application to proceed *in forma pauperis*.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired. *See* 28 Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The

1

court, therefore, finds that the parties have waived further review of the Magistrate Judge's Report. Nevertheless, on review of Pulaskey's application and the Magistrate Judge's Report and Recommendation, the court agrees with the Magistrate Judge's recommended disposition.

The court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge Stafford's Report and Recommendation (ECF No. 4). Consequently, Pulaskey's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

**IT IS SO ORDERED**.

Dated: November 2, 2020                                         s/Stephanie Dawkins Davis
                                                                                Stephanie Dawkins Davis
                                                                                United States District Judge