UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. PULASKEY, | Case No. 20-12658 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| COMMISSIONER OF SOCIAL SECURITY, | Elizabeth A. Stafford Magistrate Judge |
| Defendant. _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S FEBRUARY 4, 2022
REPORT AND RECOMMENDATION (ECF No. 22)**

Currently before the court is Magistrate Judge Elizabeth A. Stafford's February 4, 2022 Report and Recommendation. (ECF No. 22). Judge Stafford recommends granting Plaintiff's Motion to for Summary Judgment, denying the Commissioner's Motion for Summary Judgment, and remanding this matter under sentence four of 2 U.S.C. § 405(g). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 22) and **GRANTS** Plaintiff's motion, **DENIES** Defendant's motion and **REMANDS** this matter under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Magistrate Judge's Report and Recommendation.

    **IT IS SO ORDERED**.

Date: March 9, 2022                   s/Stephanie Dawkins Davis
                                                        Stephanie Dawkins Davis
                                                        United States District Judge

## CERTIFICATE OF SERVICE

I certify that on March 9, 2022, I filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to all counsel of record and I mailed by United States Postal Service to the following non-ECF participant:

                                                        s/Richard Loury
                                                        Case Manager
                                                        (810) 341-7061